Motion DENIED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

**PATRICIA PATON,**

     **Plaintiff,**

**vs.**

**STATE FARM FIRE AND CASUALTY CO.,**

     **Defendant.**

**Case No. 3:25-cv-00528**

**JUDGE ALETA A. TRAUGER**

**JURY DEMANDED**

---

### STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO DISMISS

---

Defendant State Farm Fire and Casualty Company ("State Farm") by and through its counsel and without waiving any rights or defenses, hereby moves to dismiss the Amended Complaint filed by Plaintiff Patricia Paton ("Plaintiff") as Plaintiff's claims for breach of contract and punitive damages are subject to dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6). In further support of this Motion, State Farm incorporates and relies upon the contemporaneously filed Memorandum of Law, the Complaint, the Amended Complaint, and the entire record in this case.

WHEREFORE, based on the foregoing, Defendant State Farm Fire and Casualty Company respectfully requests that this Court grant its motion to dismiss Plaintiff's claims against it with prejudice and grant any additional relief, general or specific, to which it may be entitled at law or in equity.